1  STUART HANLON, SBN: 66104
   SARA RIEF, SBN: 227279
2  LAW OFFICES OF HANLON & RIEF
   179 11TH Street, 2nd Floor
3  San Francisco, California 94103
   (415) 864-5600
4
   Attorneys for Defendant
5  MAURICIO MIDENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-0611 WHA |
|---|---|
| Plaintiff, | ) **STIPULATION & [PROPOSED] ORDER TO ALLOW TRAVEL WHILE ON SUPERVISED PROBATION** |
| v. | ) |
| MAURICIO MIDENCE, | ) |
| Defendant. | ) |

It is hereby Stipulated by the parties in the above-captioned matter that defendant herein, Mauricio Midence, who is currently on supervised release be allowed to travel for purposes of a vacation to Costa Rica from April 19, 2012 to April 27, 2012.

Mr. Midence was sentenced on July 13, 2011 and has completed his sentence at the Federal Bureau of Prisons. Mr. Midence is currently under supervised release and Wayne Mirikitani is the Probation Officer assigned to this matter.

Mr. Midence has given Mr. Mirikitani his itinerary and Mr. Mirikitani indicated he has no objection to Mr. Midence's travel to Costa Rica on the above given dates.

All other conditions of supervised release remain the same.

*MIDENCE: Stipulation & Proposed Order to Allow Travel*                                    1

All other conditions of supervised probation remain the same.

Dated: April 5, 2012
s/Stuart Hanlon, CSBN: 66104
s/Sara Rief, CSBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11th Street, 2nd Floor
San Francisco, CA 94103
415/864-5600
stuart@stuarthanlonlaw.com

Dated: April 5, 2012
s/Kyle Waldinger
Assistant United States Attorney
Office of The United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94103
415/436-7200

### **ORDER**

By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Mauricio Midence's be allowed to travel to San Jose, Costa Rica, from April 19, 2012 through April 27, 2012

All other conditions of pretrial release remain the same.

Dated: April 9, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

*MIDENCE: Stipulation & Proposed Order to Allow Travel* 2