JEFFRY GLENN,  SBN: 47357
BERMAN, GLENN & HAIGHT
The Hearst Building
5 Third Street, Suite 1100
San Francisco, CA  94103
Telephone: (415) 495-3950
Fax:           (415) 495-6900
Email: sflawyers@earthlink.net

Attorneys for Defendant:
ALEXANDER MACHADO PINHEIRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR10-0611 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF PASSPORT** |
| v. | |
| ALEXANDER M. PINHEIRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through counsel Kyle Waldinger for the United States of America and Jeffry Glenn for defendant Alexander Pinheiro, that defendant Alexander Pinheiro's U.S. Passport be returned to defense attorney Jeffry Glenn and/or his representative. The above-captioned matter is now concluded.

Dated: September 6, 2012                    _____/s/_____
                                            JEFFRY GLENN
                                            Attorney for Defendant Pinheiro

Dated: September 6, 2012                    _____/s/_____
                                            KYLE WALDINGER
                                            Assistant U.S. Attorney

# ORDER

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that the U.S. Passport for defendant Alexander Pinheiro be returned to defense counsel Jeffry Glenn or his representative.

**IT IS SO ORDERED.**

Dated: September 17, 2012.



                HON. JUDGE WILLIAM H. ALSUP
                     United States District Judge